**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 350 MAL 2023

           Respondent                 :

                                   :    Petition for Allowance of Appeal
                                   :    from the Order of the Superior Court

           v.                         :

                                   :

LUIS MIGUEL VELAZQUEZ,              :

           Petitioner                :

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.